

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00834-CV

Jonathan Louis **BERNAL**,
Appellant

v.

Rebecca Ashley **BERNAL**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI21753
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 18, 2025.

_____
Rebeca C. Martinez, Chief Justice